UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA KOKHANOVSKI,<br><br>    Plaintiff,<br><br>  v.<br><br>RADIUS GLOBAL SOLUTIONS LLC, *et al*.<br><br>    Defendants. | Case No. 1:23-cv-01128-JLT-CDB<br><br>ORDER ON STIPULATION REFERRING MATTER TO BINDING ARBITRATION AND STAYING ACTION<br><br>(Doc. 6) |

  On or about November 8, 2022, Plaintiff Elena Kokhanovski ("Plaintiff") filed this action against Defendants Radius Global Solutions LLC, and Citibank, N.A. ("Citibank"), in Kern County Superior Court. (Doc. 1). On May 31, 2023, Plaintiff dismissed with prejudice her claims against Defendant Radius Global Solutions LLC. (Doc. 1-6). Plaintiff filed a first amended complaint on or about July 9, 2023, alleging certain claims against Citibank in connection with two accounts held at Citibank. (Doc. 1-1). On July 28, 2023, Citibank removed this action to this Court. (Doc. 1).

  Pending before the Court is the parties' stipulation, filed October 9, 2023, in which they agree to submit all claims to arbitration and ask the Court to stay the matter pending completion of the arbitration. (Doc. 6). The parties note the accounts at issue in the Complaint are governed by a "Citibank Client Manual Accounts-Consumer Accounts" that contains a mandatory arbitration provision in it for all claims arising out of Plaintiff's Citibank accounts. *Id*. at 2.

In light of the parties' representations and good cause appearing, it is HEREBY ORDERED:

1. This action shall be submitted to binding arbitration before JAMS pursuant to the parties' October 9, 2023 stipulation (Doc. 6);
2. This action shall be stayed pending competition of the arbitration proceedings;
3. The parties SHALL FILE a joint notice informing the Court of the status of scheduling arbitration with JAMS within 30 days of the date of this order;
4. The parties SHALL FILE a joint notice informing the Court of the status of arbitration every 90 days following the date of entry of this Order until arbitration is completed;
5. Within 14 days of the completion of arbitration, the parties SHALL FILE a joint notice informing the Court that arbitration has been completed and describing the parties' intentions with respect to the disposition or continued prosecution of this case; and
6. The Scheduling Conference set for October 30, 2023 (Doc. 2) and the parties' obligation to file a joint report in advance of the conference is VACATED.

IT IS SO ORDERED.

Dated: **October 10, 2023**

UNITED STATES MAGISTRATE JUDGE