UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA KOKHANOVSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC, *et al*.,<br><br>    Defendants. | Case No. 1:23-cv-01128-JLT-CDB<br><br>ORDER REQUIRING THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE JOINT STATUS REPORT<br><br>(Doc. 7)<br><br>**TWO DAY DEADLINE** |

    On or about November 8, 2022, Plaintiff Elena Kokhanovski ("Plaintiff") filed an action against Defendants Radius Global Solutions LLC ("Radius") and Citibank, N.A. ("Citibank") in Kern County Superior Court. (Doc. 1). On May 31, 2023, Plaintiff dismissed with prejudice her claims against Defendant Radius and, thereafter, filed a first amended complaint on or about July 9, 2023, alleging certain claims against Defendant Citibank in connection with two accounts held at Citibank. (Docs. 1-1, 1-6). On July 28, 2023, Defendant Citibank removed this action to this Court. (Doc. 1).

    On October 10, 2023, the Court granted the parties' stipulated request to order that the action be submitted to binding arbitration. (Doc. 7). The parties were ordered to file a joint status report every 90 days following the date of entry of that order until arbitration is completed. *Id*. at 2. On October 18 and 19, 2023, the parties filed their first joint status reports. (Docs. 8-9).

1  However, the parties presently are delinquent in filing their next, now-overdue 90-day joint status
2  report.

3  Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules
4  or with any order of the Court may be grounds for imposition by the Court of any and all
5  sanctions … within the inherent power of the Court."  Further, the Court has the inherent power
6  to control its docket and may, in the exercise of that power, impose sanctions where appropriate,
7  including dismissal of the action.  *Bautista v. Los Angeles County*, 216 F.3d 837, 841 (9th Cir.
8  2000).

9  Based on the foregoing, IT IS HEREBY ORDERED that **within two (2) days of entry of**
10 **this Order**, Plaintiff shall show cause in writing why the parties should not be sanctioned for
11 failing to timely comply with the Court's order to file periodic, 90-day status reports.  In the
12 alternative, Plaintiff may comply with this Order by filing the required joint status report by that
13 same deadline.

14 **Failure to timely comply with this Order will result in the imposition of sanctions, up**
15 **to and including dismissal of the action**.

16 IT IS SO ORDERED.

17  Dated:   **January 23, 2024**                                    _____
18                                                                                    UNITED STATES MAGISTRATE JUDGE