UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA KOKHANOVSKI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC, *et al.*,<br><br>　　　　Defendants. | Case No. 1:23-cv-01128-JLT-CDB<br><br>ORDER REQUIRING THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE JOINT STATUS REPORT<br><br>(Doc. 7)<br><br>**TWO DAY DEADLINE** |

　　　　On October 10, 2023, this Court granted the parties' stipulated request to refer Plaintiff's claims to binding arbitration and to stay the action pending completion of arbitration. (Doc. 7). In its order, the Court directed the parties to file a "joint" notice every 90 days updating the Court on the status of the action. *Id.* at 2.

　　　　Although the parties were delinquent in filing their first joint 90-day report (*see* Doc. 10), the parties thereafter timely filed their next two joint reports (*see* Docs. 13, 14). However, on September 24, 2024, instead of filing a jointly executed 90-day report, Plaintiff filed a report executed only by counsel for Plaintiff in which she represented that the report, in fact, was filed on behalf of both Plaintiff and Defendant. (Doc. 15 at 1). On October 3, 2024, Defendant filed a status report in which counsel for Defendant characterizes counsel for Plaintiff's representation about the jointness of the September 24 report, as well as other representations, as false. (Doc.

17 at 2 n.1).

It should go without saying that a "joint" status report requires meet/confer efforts among the parties and a single filing executed by both parties.  The Court takes this opportunity to clarify its intent and expectation that the parties comply with the Court's order by filing a single, jointly executed status report every 90 days.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions … within the inherent power of the Court."  Further, the Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  *Bautista v. Los Angeles County*, 216 F.3d 837, 841 (9th Cir. 2000).

Based on the foregoing, IT IS HEREBY ORDERED that **within two (2) days of entry of this Order**, the parties shall show cause in writing why they should not be sanctioned for failing to timely comply with the Court's order to file the now-overdue 90-day joint status report.  In the alternative, the parties may comply with this Order by filing the required October 2024 joint status report by that same deadline.

**Failure to timely comply with this Order will result in the imposition of sanctions, up to and including financial sanctions and dismissal of the action**.  Further, any future failures **by the parties to timely file a joint (*e.g.*, a single, jointly executed) status report in compliance with the Court's order will result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated:   **October 4, 2024**                                    _____
                                                                                    UNITED STATES MAGISTRATE JUDGE